UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: 3M ADMINISTRATIVE DOCKET

This Document Relates To:

Stephen Blackburn

Admin Docket No. 7:20-cv-46474

Case No. 3:19-mc-87

JUDGE M. CASEY RODGERS
MAGISTRATE JUDGE GARY R. JONES

| REQUEST FOR TRANSITION TO 3M MDL DOCKET |
|---|
| **I. PLAINTIFF INFORMATION** |

**MDL Centrality Plaintiff ID:** 79080

| **Name:** | First: Stephen | M.I. | Last: Blackburn |
|---|---|---|---|

| Has the plaintiff fulfilled his or her initial census obligations? | Yes/No: Yes |
|---|---|
| Has the plaintiff's case been selected for a bellwether pool? | Yes/No: No |

**II. EFFECT OF REQUEST FOR TRANSITION**

Submission of this form will constitute notification that the plaintiff's administrative case is ready to transition to the 3M MDL docket. On receipt of the form, the Court will transfer this case from the administrative docket to the 3M MDL docket, 3:19md2885. Within 10 days after the case has been transferred to the 3M MDL docket, a filing fee must be paid, plaintiff's counsel must seek *pro hac vice* admission, the Short Form Complaint must be served on Defendants, and the plaintiff must file a Notice of Designated Forum on his or her individual docket, identifying the federal district in which he or she could have filed his or her case in the absence of direct filing on the administrative docket.

Dated: Mar 20 2020

Respectfully submitted,

Jason W. Earley
AR Bar No. 2004166; AL Bar No. 3427Q10M
Hare, Wynn, Newell, & Newton, LLP
2025 3rd Ave N Ste 800 Birmingham AL 35203
jason@hwnn.com
Phone: 205-328-5330

**ATTORNEYS FOR PLAINTIFF**