UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DISTRICT

| | |
|---|---|
| IN RE: 3m COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to<br><br><u>Stephen Blackburn, 7:20-cv-46474</u> | Case No. 3:19-md-2885<br><br>Hon. Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

TO: The Clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Stephen Blackburn.

| | |
|---|---|
| Date: April 16, 2020 | Respectfully Submitted,<br>HARE, WYNN, NEWELL & NEWTON, LLP<br><br>By:     /s/ Jason W. Earley<br>    Jason W. Earley (*pro hac vice*)<br>    ALBN 3427Q10M<br>    HARE, WYNN, NEWELL & NEWTON, LLP<br>    2025 Third Avenue North, 8th Floor<br>    Birmingham, AL 35203<br>    jason@hwnn.com<br>    Phone: 205-328-5330<br>    Facsimile: 205-324-2165<br>    *Attorney for Plaintiff Stephen Blackburn* |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Motion to Appear *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system on April 16, 2020 which will serve same electronically on all counsel of record.

/s/ Jason W. Earley